## FIRST NATIONAL BANK OF LITCHFIELD *v.* BRUCE V. MILLER ET AL.

The petition by the defendant Norwest Marine, Inc., for certification for appeal from the Appellate Court, 97 Conn. App. 388 (AC 26278), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendants did not accept the boat in question?"

The Supreme Court docket number is SC 17750.

*Richard F. Wareing* and *Cynthia A. Erickson,* in support of the petition.

*Bruce V. Miller,* pro se, and *Linda M. Miller,* pro se, in opposition.

Decided October 25, 2006

## STATE OF CONNECTICUT *v.* WILLIAM P. SLADE

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 404 (AC 26317), is denied.

*Donald D. Dakers,* special public defender, in support of the petition.

*Timothy F. Costello,* special deputy assistant state's attorney, in opposition.

Decided October 25, 2006